# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 30, 2007

133608 & (12)

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

GERALD MARVIN HOUGHTELING,
     Defendant-Appellant.

SC: 133608
COA: 276857
Tuscola CC: 88-005337-FC

_____/

On order of the Court, the motion for immediate consideration is GRANTED. The application for leave to appeal the March 29, 2007 order of the Court of Appeals is considered, and it is DENIED, because the defendant's motion for relief from judgment is prohibited by MCR 6.502(G).



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 30, 2007

_____
Clerk

d0521